UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARK FITCH,<br><br>               Plaintiff,<br><br>v.<br><br>WARDEN RANDY BLADES, *et. al.*,<br><br>               Defendants. | Case No. 1:15-cv-00162-BLW<br><br>**ORDER** |

    The Court has before it Plaintiff's motion to dismiss his claims against certain defendants. Good cause appearing, the Court will grant the motion.

**IT IS HEREBY ORDERED:**

1. Plaintiff's motion (Dkt. 33) is **GRANTED**. Plaintiff's claims against Randy Blades, Sgt. Segadelli, Cpl. Stelzer, Shannon Cluney, and Kenneth Bennet are dismissed.



DATED: September 7, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court

ORDER - 1