UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARK FITCH,<br><br>Plaintiff,<br><br>v.<br>WARDEN RANDY BLADES, *et. al.*,<br><br>Defendants. | Case No. 1:15-cv-00162-BLW-CWD<br><br>**JUDGMENT** |

In accordance with the Order entered concurrently herewith,

**IT IS HEREBY ORDRED, ADJUDGED, AND DECREED** that judgment be entered in favor of defendants and that this case be dismissed in its entirety.

DATED: January 30, 2017

B. Lynn Winmill
Chief Judge
United States District Court

JUDGMENT - 1